UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN MEMHARDT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:17-cv-01411-AGF |
| | ) | |
| NATIONSTAR MORTGAGE, LLC, et al., | ) | |
| | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM & ORDER

This matter came before the Court on Plaintiff's motion to seal. ECF No. 47. Plaintiff maintained that the exhibits attached to Plaintiff's memorandum in response to Defendant Bank of America's motion to quash contained certain confidential information, including a date of birth and social security numbers, and Plaintiff requested that the exhibits be permanently sealed. Local Rule 13.05(A)(1) permits sealing documents filed in a civil case upon a showing of good cause. Accordingly, the Court granted Plaintiff's motion to seal the exhibits. ECF No. 48.

However, there is a common law right of access to judicial records, which includes the public's "right to access documents that are submitted to the Court and that form the basis for judicial decisions." *IDT Corp. v. eBay*, 709 F.3d 1220, 1222 (8th Cir. 2013). Therefore, the Court will direct Plaintiff to file redacted copies of the exhibits.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is directed to file redacted copies of her exhibits on or before **February 6, 2018**.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 30th day of January, 2018.